ACCEPTED
15-25-00094-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
5/23/2025 3:28 PM
CHRISTOPHER A. PRINE
CLERK

NO. 15-25-00094-CV

IN THE FIFTEENTH DISTRICT COURT OF APPEALS
FOR THE STATE OF TEXAS AT AUSTIN, TEXAS

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
5/23/2025 3:28:43 PM
CHRISTOPHER A. PRINE
Clerk

**In re M. Brett Cooper, M.D.,**
*Relator*

On Petition for Writ of Mandamus
From the 493rd District Court at Collin County, Texas
Cause No. 493-08026-2024
The Honorable Judge Christine A. Nowak, Presiding

## DR. COOPER'S NOTICE OF WITHDRAWAL AND VOLUNTARY DISMISSAL OF PETITION FOR WRIT OF MANDAMAUS

Nicholas R. Lawson
Texas Bar No. 24083367
Avi Moshenberg
Texas Bar No. 24083532
LAWSON & MOSHENBERG PLLC
801 Travis Street, Suite 2101 #838
Houston, TX 77002
Telephone: (832) 280-5670
avi.moshenberg@lmbusinesslaw.com

Simona Agnolucci (*pending pro hac admission*)
Barrington Dyer (*pending pro hac admission*)
Jennifer J. Hardy
Texas Bar No. 24096068
Anika Holland (*pending pro hac admission*)
Emily Abbey (*pending pro hac admission*)
Isabella McKinley Corbo (*pending pro hac admission*)
Zoe Packman (*pending pro hac admission*)
Rodolfo Rivera Aquino (*pending pro hac admission*)
Remy Carreiro (*pending pro hac admission*)
Emma Rodriguez (*pending pro hac admission*)
WILLKIE FARR & GALLAGHER LLP
333 Bush Street, 34th Floor
San Francisco, CA 94104
Telephone: (415) 858-7470

ATTORNEYS FOR RELATOR

Since filing his Petition for Writ of Mandamus and opposed Emergency Motion to Stay, the trial court has granted Dr. Cooper's requested relief by agreeing to hear his jurisdictional challenge on May 29, 2025, ahead of the merits-based motions already set for hearing that day. Dr. Cooper therefore withdraws and voluntarily dismisses his Mandamus Petition and Emergency Motion for Stay as moot. Dr. Cooper appreciates this Court's attention to the matter.

May 23, 2025

Respectfully submitted,
/s/ Avi Moshenberg
Nicholas R. Lawson
Texas Bar No. 24083367
Avi Moshenberg
Texas Bar No. 24083532
LAWSON & MOSHENBERG PLLC
801 Travis Street, Suite 2101 #838
Houston, TX 77002
(832) 280-5670
Nick.Lawson@lmbusinesslaw.com
Avi.Moshenberg@lmbusinesslaw.com

Simona Agnolucci (*application for pro hac admission pending*)
Barrington Dyer (*application for pro hac admission pending*)
Jennifer J. Hardy
Texas Bar No. 24096068
Anika Holland (*application for pro hac admission pending*)
Emily Abbey (*application for pro hac admission pending*)
Isabella McKinley Corbo (*application for pro hac admission pending*)
Zoe Packman (*application for pro hac admission pending*)
Rodolfo Rivera Aquino (*application for pro hac admission pending*)
Remy Carreiro (*application for pro hac admission pending*)
Emma Rodriguez (*application for pro hac admission pending*)

WILLKIE FARR & GALLAGHER LLP
333 Bush St, 34th Floor
San Francisco, CA 94104
(415) 858-7470
sagnolucci@willkie.com
bdyer@willkie.com
aholland@willkie.com
eabbey@willkie.com
icorbo@willkie.com
zpackman@willkie.com
rriveraaquino@willkie.com
rcarreiro@willkie.com
erodriguez@willkie.com

ATTORNEYS FOR RELATOR

## CERTIFICATE OF SERVICE

I certify that the foregoing was served upon all interested parties pursuant to TRAP 9.5(b)(2).

s/ *Avi Moshenberg*
Avi Moshenberg

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Avi Moshenberg on behalf of Nicholas Lawson
Bar No. 24083367
avi.moshenberg@lmbusinesslaw.com
Envelope ID: 101225676
Filing Code Description: Other Document
Filing Description: Dr. Cooper's Notice of Withdrawal and Voluntary Dismissal
Status as of 5/23/2025 3:34 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Pauline Sisson | | pauline.sisson@oag.texas.gov | 5/23/2025 3:28:43 PM | SENT |
| Abby Smith | | abby.smith@oag.texas.gov | 5/23/2025 3:28:43 PM | SENT |
| Melinda Pate | | melinda.pate@oag.texas.gov | 5/23/2025 3:28:43 PM | SENT |
| Avi Moshenberg | | avi.moshenberg@lmbusinesslaw.com | 5/23/2025 3:28:43 PM | SENT |
| Simona  Agnolucci | | SAgnolucci@willkie.com | 5/23/2025 3:28:43 PM | SENT |
| Dyer Barrington | | bdyer@willkie.com | 5/23/2025 3:28:43 PM | SENT |
| Anika Holland | | aholland@willkie.com | 5/23/2025 3:28:43 PM | SENT |
| Zoe Packman | | zpackman@willkie.com | 5/23/2025 3:28:43 PM | SENT |
| Remy Carreiro | | rcarreiro@willkie.com | 5/23/2025 3:28:43 PM | SENT |
| Rob Farquharson | | rob.farquharson@oag.texas.gov | 5/23/2025 3:28:43 PM | SENT |
| Johnathan Stone | | johnathan.stone@oag.texas.gov | 5/23/2025 3:28:43 PM | SENT |
| David Shatto | | david.shatto@oag.texas.gov | 5/23/2025 3:28:43 PM | SENT |
| Pauline Sisson | | david.shatto@oag.texas.gov | 5/23/2025 3:28:43 PM | SENT |
| Emily Samuels | | emily.samuels@oag.texas.gov | 5/23/2025 3:28:43 PM | SENT |
| Amy Pletscher | | amy.pletscher@oag.texas.gov | 5/23/2025 3:28:43 PM | SENT |
| Patrick Todd | | patrick.todd@oag.texas.gov | 5/23/2025 3:28:43 PM | SENT |
| Martin Cohick | | martin.cohick@oag.texas.gov | 5/23/2025 3:28:43 PM | SENT |
| Cory Sutker | | cory.sutker@cooperscully.com | 5/23/2025 3:28:43 PM | SENT |
| Jackie Cooper | | jackie.cooper@cooperscully.com | 5/23/2025 3:28:43 PM | SENT |
| Thanh Nguyen | | tdnguyen@winston.com | 5/23/2025 3:28:43 PM | SENT |